1  Robert E. Boone III, California Bar No. 132780
   James C. Pettis, California Bar No. 223953
2  Alfred Shaumyan, California Bar No. 266908
   **BRYAN CAVE LLP**
3  120 Broadway, Suite 300
   Santa Monica, California  90401-2386
4  Telephone:  (310) 576-2100
   Facsimile:  (310) 576-2200
5  Emails:     reboone@bryancave.com
               james.pettis@bryancave.com
6              alfred.shaumyan@bryancave.com

7  Attorneys for Defendant
   McDONNELL DOUGLAS CORPORATION

8

9

10              IN THE UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

| 13 | HENRY S. BISSETT and MARY A. BISSETT, | Case No. 3:11-CV-00972-EMC |
|---|---|---|
| 14 | *Plaintiffs*, | **McDONNELL DOUGLAS CORPORATION'S [P~~ROPO~~SED] ORDER OF DISMISSAL** |
| 15 | vs. | |
| 16 | BIG 'B' LUMBERTERIA, INC.; GEORGIA-PACIFIC LLC; HENRY COMPANY (*sued individually and as successor by merger to* WORLD ASPHALT COMPANY); HONEYWELL INTERNATIONAL INC. (*sued individually and as successor-in-interest to* ALLIED SIGNAL, INC., *successor-in-interest to* BENDIX CORPORATION); JOHN K. BICE CO., INC.; KELLY-MOORE PAINT COMPANY, INC.; PACIFIC COAST BUILDING PRODUCTS, INC.; PACIFIC COAST SUPPLY, LLC; RAPID-AMERICAN CORPORATION; SOCO WEST, INC. *f/k/a* BRENNTAG WEST, INC. *f/k/a* SOCO-LYNCH CORPORATION, *a/k/a* SOCO-WESTERN CHEMICCAL CO., *a/k/a* STINNES OIL & CHEMICAL COMPANY (*sued individually and as successor-in-interest to* WESTERN CHEMICAL & MANUFACTURING COMPANY); THE GOODYEAR TIRE& RUBBER COMPANY; UNION CARBIDE CORPORATION and DOES 1-350 INCLUSIVE, | |
| 28 | Defendants. | |

[P~~ROP~~OSED] ORDER

Pursuant to McDonnell Douglas Corporation's request for dismissal, the above-caption case is dismissed.

DATED: March __10__, 2011    By:_____
                                    Honorable Judge Edward M. Chen



Respectfully submitted,

Robert E. Boone, III
James C. Pettis
Alfred Shaumyan
**BRYAN CAVE LLP**


By:  */s/ Alfred Shaumyan*
      Alfred Shaumyan
Attorneys for Defendant
McDonnell Douglas Corporation

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

On March 8, 2011, I served the foregoing document, described as **MCDONNELL DOUGLAS CORPORATION'S [PROPOSED] ORDER OF DISMISSAL** on each interested party in this action, as follows:

| | |
|---|---|
| Michael L. Armitage, Esq. | Attorneys for Plaintiffs, |
| Dimitri N. Nichols, Esq. | Tel: (310)414-8146 |
| Laurel Halbany, Esq. | Fax: (310)414-8156 |
| Waters, Kraus & Paul | |
| 222 N. Sepulveda Blvd., Suite 1900 | |
| El Segundo, CA 90245 | |

☒  (BY U.S. MAIL)  I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above.  I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California.  I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.  [To the designated parties noted on the service list.]

☐  (BY EXPRESS CARRIER)  I deposited in a box or other facility maintained by FedEx, Overnite Express or other express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, for overnight delivery, with delivery fees paid or provided for.  [To the designated parties noted on the service list.]

☐  (BY FAX)  I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each attached transmission report from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above.  Each transmission was reported as complete and without error.  A transmission report was properly issued by the sending facsimile machine for each interested party served.  A true copy of each such transmission report is attached hereto.

Executed on March 8, 2011, at Santa Monica, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Jenny Cruz-Azucar*
Jenny Cruz-Azucar